KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Appellant FTI Consulting, Inc.*

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
Scott L. Hazan, Esq.
John Bougiamas, Esq.
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104

*Attorneys for Appellant the Official Committee of Unsecured
Creditors of Northwest Airlines Corporation, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                               : Chapter 11
                                                     :
NORTHWEST AIRLINES CORPORATION, et al.,  : Case No.   05-17930(ALG)
                                                     :
                      Debtors.                       :
                                                     :
------------------------------------------------------------x

## FTI CONSULTING INC.'S AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

FTI Consulting, Inc. ("FTI"), financial advisor to the Official Committee of

Unsecured Creditors of Northwest Airlines Corporation (the "Committee"), together with the

Committee and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby

provides their joint (i) statement of the issues to be presented on appeal and (ii) designation of

the items to be included in the record on appeal, with respect to their appeal from the

(a) Decision Denying Success/Completion Fee Request Portion of Lazard Freres & Co.'s and FTI Consulting Inc.'s Final Fee Applications (Docket No. 8103) and (b) Order Denying Allowance of Completion Fee Requests of FTI Consulting, Inc. (Docket No. 8104), entered by the United States Bankruptcy Court for the Southern District of New York (Morris, J.) (the "Bankruptcy Court") on the 29th day of February 2008.

## I.    Statement of Issues

1.      Whether the Bankruptcy Court erred when it concluded that FTI was not entitled to a completion fee in the amount of $1 million (the "Completion Fee") earned in connection with its role as financial advisor to the Committee in these chapter 11 cases.

2.      Whether the Bankruptcy Court erred when it concluded that professionals retained under 11 U.S.C. § 328(a) cannot claim entitlement to a success or completion fee without the bankruptcy court first approving a formula or method by which the requested fee will be determined.

3.      Whether the Bankruptcy Court erred when it concluded that FTI was not entitled to the Completion Fee pursuant to 11 U.S.C. § 328, even though the Completion Fee was expressly subject to a review for reasonableness.

4.      Whether the Bankruptcy Court erred when it considered FTI's request for the Completion Fee to be a request for a fee enhancement.

5.      Whether the Bankruptcy Court erred when it concluded that the Completion Fee, which was supported by the Committee, was not reasonable under 11 U.S.C. § 330.

6.      Whether the Bankruptcy Court erred when it applied a lodestar analysis and failed to consider relevant market data to assess the reasonableness of FTI's Completion Fee.

7.    Whether the Bankruptcy Court erred when it concluded that the Completion Fee sought by FTI was not supported by the applicable market-driven approach to fees awarded to professionals.

## II.    Designation of Record

FTI and the Committee hereby designate the following items to be included in the record on appeal together with all exhibits, attachments and documents incorporated by reference therein:

| Item No. | Docket. No. | Description |
|---|---|---|
| 1. | 35 | Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Cadwalader Wickersham & Taft LLP as Attorneys for the Debtors, filed by the Debtors |
| 2. | 37 | Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy 2014(a) Authorizing Employment and Retention of Seabury Group LLC as Strategic and Financial Advisor to the Debtors, filed by the Debtors |
| 3. | 444 | Appointment of Committee of Unsecured Creditors, filed by the United States Trustee |
| 4. | 748 | Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Cadwalader Wickersham & Taft LLP as Attorneys for the Debtors, filed by the Court |
| 5. | 758 | Application for Order Pursuant to, *Inter Alia*, 11 U.S.C. § 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Otterbourg, Steindler, Houston & Rosen, P.C., Effective as of September 30, 2005, as Counsel to the Official Committee of Unsecured Creditors, filed by the Committee |

| Item No. | Docket. No. | Description |
|---|---|---|
| 6. | 948 | Application for Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), and Fed. R. Bankr. P. 2012(a) and 2016, filed by the Commitee |
| 7. | 952 | Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors Effective as of October 6, 2005, filed by the Committee |
| 8. | 1005 | Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Otterbourg, Steindler, Houston & Rosen, P.C. as Attorneys for the Official Committee of Unsecured Creditors, filed by the Court |
| 9. | 1271 | Interim Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors, filed by the Court |
| 10. | 1272 | Interim Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), and Fed. R. Bankr. P. 2014(a) and 2016, filed by the Court |
| 11. | 1462 | Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing Employment and Retention of Seabury Group LLC as Strategic and Financial Advisor to the Debtors, filed by the Court |
| 12. | 3112 | Final Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Financial Advisor to the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), and Fed. R. Bankr. P. 2014(a) and 2016, filed by the Court |
| 13. | 3121 | Final Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors, filed by the Court |

| Item No. | Docket. No. | Description |
|---|---|---|
| 14. | 4139 | Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Financial Advisors for the Debtors, filed by the Debtors |
| 15. | 5797 | Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing Employment and Retention of Evercore Group L.L.C. as Financial Advisors for the Debtors, filed by the Court |
| 16. | 7430 | Fifth and Final Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in These Cases for the Period October 6, 2005 Through May 31, 2007, filed by FTI |
| 17. | 7431 | Final Application of Lazard Freres & Co., LLC for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in These Cases for the Period October 6, 2005 through May 31, 2007, filed by Lazard |
| 18. | 7558 | Objection of the United States Trustee to the Final Fee Applications of the Retained Professionals, filed by the United States Trustee |
| 19. | 7561 | Objection by Carval Investors, LLC to (I) Fee Enhancements Sought by Cadwalader, Wickersham & Taft LLP and Otterbourg, Steindler, Houston & Rosen, P.C.; and (II) Completion Fees Sought by FTI Consulting, Inc. and Lazard Freres & Co. LLC, filed by Carval Investors, LLC |
| 20. | 7565 | Objection of Association of Flight Attendants - CWA, AFL-CIO, to the Fee Application Submitted by FTI Consulting, Inc., Pursuant to 11 U.S.C. § 330, filed by the Association of Flight Attendants |
| 21. | 7566 | Objection of Association of Flight Attendants - CWA, AFL-CIO, to the Fee Application Submitted by Lazard Freres & Co. LLC Pursuant to 11 U.S.C. § 330, filed by the Association of Flight Attendants |

| Item No. | Docket. No. | Description |
|---|---|---|
| 22. | 7567 | Amended Objection by CarVal Investors, LLC to (I) Fee Enhancements Sought by Cadwalader, Wickersham & Taft LLP and Otterbourg, Steindler, Houston & Rosen, P.C.; and (II) Completion Fees Sought by FTI Consulting, Inc. and Lazard Freres & Co. LLC, filed by Carval Investors, LLC |
| 23. | 7580 | Reply of FTI Consulting, Inc. in Further Support of the Fifth and Final Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses, filed by FTI |
| 24. | 7586 | Response to Objections by the United States Trustee, CarVal Investors, LLC and the Association of Flight Attendants – CWA, AFL-CIO to Final Fee Application of Lazard Freres & Co., LLC, filed by Lazard |
| 25. | 7633 | Order Granting Interim and Final Allowance of Compensation and Reimbursement of Expenses, filed by the Court |
| 26. | 7704 | Transcript of September 11, 2007 Hearing |
| 27. | 7749 | Order Granting Final Allowance of Fixed Monthly Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC from the Period October 6, 2005 through May 31, 2007, filed by the Court |
| 28. | 7793 | Supplemental Memorandum of FTI Consulting, Inc. in Further Support of the Fifth and Final Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses, filed by FTI |
| 29. | 7857 | Transcript of November 19, 2007 Hearing |
| 30. | EX | FTI Consulting, Inc. Fee Application Hearing Exhibits 1-44 |
| 31. | EX | Association of Airline Flight Attendants Fee Application Hearing Exhibits 1-2 |
| 32. | EX | Lazard Fee Application Hearing Exhibit 1 |

| Item No. | Docket. No. | Description |
|---|---|---|
| 33. | DEP | Stipulated Greco Deposition Designations |
| 34. | DEP | Stipulated Lockhart Deposition Designations |
| 35. | TR | Transcript of December 19, 2007 Telephonic Hearing[1] |
| 36. | 7903 | Transcript of October 18, 2007 Hearing |
| 37. | 7913 | Post-Trial Brief of Lazard Freres & Co., LLC in Support of its Application for a Completion Fee, filed by Lazard |
| 38. | 7915 | Post-Hearing Brief in Support of Objection by CarVal Investors, LLC to Request for Additional Compensation in Final Fee Application of Lazard Freres & Co., LLC, filed by CarVal Investors |
| 39. | 7917 | Supplemental Memorandum in Opposition to FTI Consulting, Inc.'s Fifth and Final Application for Allowance of Compensation and Reimbursement of Expenses, filed by Carval Investors, LLC |
| 40. | 7918 | Post-Hearing Brief of FTI Consulting, Inc. in Further Support of the Fifth and Final Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses, filed by FTI |
| 41. | 7919 | Post-Hearing Brief of the Association of Flight Attendants-CWA, in Support of its Objection to the Fee Applications of Lazard Freres and FTI Consulting, filed by the Association of Flight Attendants |
| 42. | 7920 | Post-Trial Statement of The Official Committee Of Unsecured Creditors In Support of the Fees Requested by FTI Consulting, Inc. and Lazard Freres & Co., LLC, filed by the Committee |

---

[1]     Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, a copy of the December 19, 2007 Telephonic Hearing transcript has been requested from the court reporter.

| Item No. | Docket. No. | Description |
|---|---|---|
| 43. | 8103 | Decision Denying Success/Completion Fee Request Portion of Lazard Freres & Co.'s and FTI Consulting, Inc.'s Final Fee Applications, filed by the Court |
| 44. | 8104 | Order Denying Allowance of Completion Fee Requests of FTI Consulting, Inc., filed by the Court |
| 45. | 8105 | Order Denying Allowance of Completion Fee Requests of Lazard Freres & Co. LLC |
| 46. | 8125 | Notice of Appeal, filed by FTI |
| 47. | 8154 | Notice of Filing of Exhibit Introduced by Lazard Freres & Co., LLC at Evidentiary Hearing Before the Honorable Cecilia J. Morris on November 19, 2007, filed by Lazard |
| 48. | 8155 | Notice of Appeal, filed by the Committee |

Pursuant to Local Bankruptcy Rule 8007-1, copies of Item Nos. 30, 31, 33 and 34, which have not been previously filed on the CM/ECF system, are being filed electronically as attachments hereto.

Dated:    March 20, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:    /s/ P. Bradley O'Neill
      Kenneth H. Eckstein, Esq.
      P. Bradley O'Neill, Esq.
      1177 Avenue of the Americas
      New York, New York 10036
      Tel.: (212) 715-9100
      Fax: (212) 715-8000

*Counsel for FTI Consulting, Inc.*

and

8

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.

By:  /s/ Scott L. Hazan
      Scott L. Hazan, Esq.
      John Bougiamas, Esq.
      230 Park Avenue
      New York, New York 10169
      Tel.: (212) 661-9100
      Fax: (212) 682-6104

*Counsel for the Official Committee of Unsecured
Creditors of Northwest Airline Corporation, et al.*