GOODWIN PROCTER LLP
Allan S. Brilliant
Brian D. Hail
599 Lexington Avenue
New York, NY  10022
Tel.:  (212) 813- 8800
Fax:  (212) 355-3333

*Attorneys for Appellee Carval Investors, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW

```
-------------------------------------------------------------x
In re:                                  : Chapter 11
                                        :
NORTHWEST AIRLINES CORPORATION, et al., : Case No. 05-17930(ALG)
                                        :
                                        :
              Debtors.                  :
                                        :
                                        :
-------------------------------------------------------------x
```

## CARVAL INVESTORS, LLC COUNTER-DESIGNATION
## OF RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8007-1, CarVal Investors, LLC ("CarVal") – formerly a creditor and now by virtue of the plan a shareholder of Northwest Airlines Corporation, and certain of its debtor affiliates and subsidiaries – hereby provides its counter-designation of the items to be included in the record on appeal designated by FTI Consulting, Inc. ("FTI") and the Official Committee of Unsecured Creditors of Northwest Airlines Corporation (the "Committee"), with respect to the appeal from the (i) the Decision Denying Success/Completion Fee Request Portion of Lazard Frères & Co.'s and FTI Consulting, Inc.'s Final Fee Applications (Docket No. 8103) and (ii) the Order Denying Allowance of Completion Fee Requests of FTI Consulting, Inc. (Docket No.

LIBNY/4713519.1

8104), each entered by the United States Bankruptcy Court for the Southern District of New York (Morris, J.) on the 29th of February 2008.[1]

### Counter-Designation of Record

CarVal hereby designates the following additional items to be included in the record on appeal and incorporates by reference all items designated by FTI and the Committee, together with all exhibits, attachments and documents incorporated by reference therein:

| Item No. | Docket No. | Description |
|---|---|---|
| 1. | EX | CarVal November 19, 2007 Hearing Exhibit 1 |
| 2. | 8126 | Notice of Appeal filed by Scott L. Hazan on behalf of Official Committee Of Unsecured Creditors |

Dated:  March 31, 2008
        New York, New York

                                              GOODWIN PROCTER LLP
                                              By:  /s/ Allan S. Brilliant
                                                   Allan S. Brilliant
                                                   Abrilliant@goodwinprocter.com
                                                   Brian D. Hail
                                                   Bhail@goodwinprocter.com
                                                   Goodwin|Procter LLP
                                                   599 Lexington Avenue
                                                   New York, New York  10022
                                                   Tel.:  212.813.8800
                                                   Fax:  212.355.3333

                                              Attorneys for:

                                              Carval Investors, LLC

---

[1] The Committee's appeal is untimely.  The Committee failed to file a Notice of Appeal as to FTI within the required time period, and has thus waived its right to appeal the Court's decisions as to FTI.  *See* Docket No. 8155.