KRAMER LEVIN NAFTALIS & FRANKEL LLP

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/08

April 17, 2008

APR 17 2008

ED STATES DIST

BY FACSIMILE 212-805-7927

The Honorable Judge Naomi Reice Buchwald
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl St. Room 2270
New York, New York 10007

Re: In re Northwest Airlines Corp. (Case Nos. 08-3456-NRB, 08-3499-UA, 08-3500-UA, and 08-3501-UA)

Dear Judge Buchwald:

    We are counsel to FTI Consulting, Inc. in connection with its pending appeal (the "FTI Appeal") from the (i) Decision Denying Success/Completion Fee Request Portion of Lazard Freres & Co.'s and FTI Consulting Inc.'s Final Fee Applications (the "Decision") and (ii) Order Denying Allowance of Completion Fee Requests of FTI Consulting, Inc., entered by the United States Bankruptcy Court for the Southern District of New York (Morris, J.) on February 29, 2008.

    The FTI Appeal, Case No. 08-3499-UA, is currently unassigned but has been referred to Your Honor as possibly related to a separate appeal commenced by Lazard Freres & Co ("Lazard"), Case No. 08-3456-NRB (the "Lazard Appeal"), which arises from the same Decision as the FTI Appeal and has been assigned to Your Honor by the clerk of the court. All parties agree that the FTI Appeal and the Lazard Appeal are related and, in the interests of judicial economy, should be heard by the same judge.

    The parties have conferred and agree that, if the FTI Appeal is assigned to Your Honor, both the FTI Appeal and the Lazard Appeal should proceed upon the following briefing schedule: (i) the appellants' opening briefs on appeal shall be filed and served no later than May 22, 2008, (ii) the appellees' opposition briefs shall be filed and served no later than July 3, 2008 and (iii) the appellants' reply briefs shall be filed and served no later than July 17, 2008. Lazard as well as the appellees CarVal Investors, LLC ("CarVal"), the Association of Flight Attendants – CWA, AFL-CIO and the United States Trustee for the Southern District of New York all consent to the proposed briefing schedule.

    Please also note that the issues raised in the FTI Appeal and the Lazard Appeal are identical to those raised in separate appeals from the same Decision and orders, filed by the Official Committee of Unsecured Creditors of Northwest Corporation et al. (the "Committee") that have been docketed as Case Nos. 08-3501-UA (the "Committee-FTI Appeal") and 08-3500-UA (the "Committee-Lazard Appeal"). Both of the Committee's appeals are currently

*So Ordered*
*Naomi Reice Buchwald*
4/22/08

1177 AVENUE OF THE AMERICAS    NEW YORK NY 10036-2714    PHONE 212.715.9100    FAX 212.715.8000    WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE    75008 PARIS FRANCE

The Honorable Judge Naomi Reice Buchwald
April 17, 2008
Page 2

unassigned but have been referred to Your Honor as possibly related to the Lazard Appeal. Subject to CarVal's reservation of its rights to object to the Committee-FTI Appeal on any and all available grounds, the parties also agree that, in the interests of judicial economy, the Committee's appeals should be heard together with the FTI Appeal and the Lazard Appeal. The Committee also consents to the proposed briefing schedule.

If the Court has any questions or would like to discuss these matters with the parties, I am happy to arrange a telephone conference at the Court's convenience.

Respectfully yours,

P. Bradley O'Neill

cc (by email):
Brian D. Hail (Counsel to CarVal Investors, LLC)
Sean Southard (Counsel to CarVal Investors, LLC)
Robert S. Clayman (Counsel to the Association of Flight Attendants – CWA, AFL-CIO)
Brian Masumoto (on behalf of the United States Trustee)
Phillip Barber (counsel to Lazard)
John Bougiamas (counsel to the Committee)