Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NORTHWEST AIRLINES CORPORATION, et al.,

                              Debtors.

------------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTHWEST AIRLINES
CORPORATION,

                              Appellant,

           -against-                        : Case No. 08-03501 (NRB)

CARVAL INVESTORS, LLC, ASSOCIATION OF
FLIGHT ATTENDANTS - CWA, AFL-CIO, and
THE UNITED STATES TRUSTEE FOR THE
SOUTHERN DISTRICT OF NEW YORK,

                              Appellees.

------------------------------------------------------------x

## STIPULATION DISMISSING APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed by the undersigned counsel of record that this appeal be dismissed with prejudice and without costs to any party.

Dated: May 15, 2008

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____
    John Bougiamas
    230 Park Avenue
    New York, New York 10169
    (212) 661-9100

*Counsel for the Official Committee of Unsecured Creditors
of Northwest Airlines Corporation, et al.*

1025251.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Tel  (212) 715-9100

*Counsel for FTI Consulting, Inc*

GOODWIN PROCTER LLP

By:_____
Brian D. Hail
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8800

*Counsel for CarVal Investors, LLC*

GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

By:_____
Robert S. Clayman
1625 Massachusetts Avenue, N.W. Suite 700
Washington, D.C. 20036
(202) 624-7400

*Counsel for Association of Flight Attendants - CWA, AFL-CIO*

DIANA G. ADAMS
UNITED STATES TRUSTEE

By:_____
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500

SO-ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

1025251 1

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | GOODWIN PROCTER LLP |
| By: /s/ P. Bradley O'Neill<br>P. Bradley O'Neill, Esq<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100 | By: _____<br>Brian D. Hail<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 813-8800 |
| *Counsel for FTI Consulting, Inc.* | *Counsel for CarVal Investors, LLC* |
| GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C. | DIANA G. ADAMS<br>UNITED STATES TRUSTEE |
| By: _____<br>Robert S. Clayman<br>1625 Massachusetts Avenue, N.W. Suite 700<br>Washington, D.C. 20036<br>(202) 624-7400 | By: _____<br>Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(212) 510-0500 |
| *Counsel for Association of Flight Attendants - CWA, AFL-CIO* | |

SO-ORDERED

/s/ [signature]
UNITED STATES DISTRICT COURT JUDGE
5/21/08

1025251.1

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | GOODWIN PROCTER LLP |
| By:_____<br>P. Bradley O'Neill, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100 | By:_____<br>Brian D. Hail<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 813-8800 |
| *Counsel for FTI Consulting, Inc.* | *Counsel for CarVal Investors, LLC* |
| GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.<br>By: /s/ Robert S. Clayman<br>Robert S. Clayman<br>1625 Massachusetts Avenue, N.W. Suite 700<br>Washington, D.C. 20036<br>(202) 624-7400 | DIANA G. ADAMS<br>UNITED STATES TRUSTEE<br>By:_____<br>Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(212) 510-0500 |
| *Counsel for Association of Flight Attendants - CWA, AFL-CIO* | |

SO-ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

1025251.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
    P. Bradley O'Neill, Esq.
    1177 Avenue of the Americas
    New York, New York 10036
    Tel.: (212) 715-9100

*Counsel for FTI Consulting, Inc.*

GOODWIN PROCTER LLP

By:_____
    Brian D. Hail
    599 Lexington Avenue
    New York, New York 10022
    Tel: (212) 813-8800

*Counsel for CarVal Investors, LLC*

GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

By:_____
    Robert S. Clayman
    1625 Massachusetts Avenue, N.W. Suite 700
    Washington, D.C. 20036
    (202) 624-7400

*Counsel for Association of Flight Attendants - CWA, AFL-CIO*

DIANA G. ADAMS
UNITED STATES TRUSTEE

By: /s/ Brian S. Masumoto
    Brian S. Masumoto
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    (212) 510-0500

SO-ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

1025251 1